UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. Kenneth Louis McGee,

    Defendants.

## ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A status conference is **SET** on **Monday, June 2, 2008 at 3:00 p.m.**

    Dated: May 19, 2008