**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   08-cr-00165-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  KENNETH LOUIS MCGEE,

    Defendant.

---

ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on March 26, 2013, it is hereby

ORDERED that Defendant Kenneth Louis McGee is sentenced to **TIME SERVED.**

Dated:  March 26, 2013.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    SENIOR UNITED STATES DISTRICT JUDGE